LIZBETH HASSE (SBN 104517)
CREATIVE INDUSTRY LAW
155 Sansome Street, Suite 500
San Francisco, CA 94104-3640
Telephone: (415) 433-4380
lhasse@cilawyers.com

*Attorney for Defendant*
*Wine Bridge Imports, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BLACKBIRD VINEYARDS, LLC, | Case No. 4:18-cv-02724-KAW |
| Plaintiff, | **STIPULATION TO ENLARGE TIME TO FILE RESPONSE TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;** |
| vs. | |
| TURKOVICH FAMILY WINES, LLC dba BLACKSWIFT CELLARS, WINE BRIDGE IMPORTS, INC., and DOES 1 through 10, | **[PROPOSED] ORDER AS MODIFIED** |
| Defendants. | Judge: Kandis A. Westmore |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties, Plaintiff Blackbird Vineyards, LLC and Defendants Turkovich Family Wines, LLC and Wine Bridge Imports, Inc., hereby stipulate to extend the time for Defendants to respond to Plaintiff's complaint and to continue the initial case management conference currently scheduled for August 7, 2018, and in support thereof, state as follows:

1. On May 9, 2018, Plaintiff filed Case No. 4:18-cv-02724-KAW against Defendants.

2. By order dated May 9, 2018 (ECF No. 5), the Court set an initial case management conference at 1:30 PM on August 7, 2018.

3. Plaintiff served its summons and complaint on Defendant Turkovich Family Wines, LLC on May 17, 2018 and on Defendant Wine Bridge Imports, Inc. on May 22, 2018.

4. Stipulations to enlarge the time to file responses to Plaintiff's complaint were filed on June 5 and 6, 2018 (ECF Nos. 13 and 14), extending the time for Defendants to file their responses to Plaintiff's complaint to July 9, 2018.

5. The parties have conferred and stipulate that, in order to allow Defendants to further evaluate Plaintiff's claims and to enable the parties to continue discussions regarding potential resolution of the above-referenced action, the time for Defendants to file their responses to Plaintiff's complaint should be extended by 30 days, specifically, from July 9, 2018 to August 8, 2018, and the initial case management conference should be continued from August 7, 2018 to September 4, 2018.

6. Other than the date of the initial case management conference, the parties' stipulation will not alter the date of any other event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that Defendants will have until August 8, 2018 to respond to Plaintiff's complaint. The parties further respectfully request that the initial case management conference be continued to September 4, 2018.

**SO STIPULATED.**

DATED: July 9, 2018                    Daniel A. Reidy

/s/ *Daniel A. Reidy*
Daniel A. Reidy
Attorney for
BLACKBIRD VINEYARDS, LLC

DATED: July 9, 2018      Robert J. Ward

/s/ *Robert J. Ward*
Robert J. Ward
Attorney for
TURKOVICH FAMILY WINES, LLC

DATED: July 9, 2018      Lizbeth L. Hasse

/s/ *Lizbeth Hasse*
Lizbeth L. Hasse
Attorney for
WINE BRIDGE IMPORTS, INC.

### **SIGNATURE ATTESTATION**

I am an ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

DATED: July 9, 2018      Lizbeth Hasse

/s/ *Lizbeth Hasse*
Lizbeth Hasse
Attorney for
WINE BRIDGE IMPORTS, INC.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER AS MODIFIED** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendants are to answer or otherwise respond to Plaintiff's complaint by August 8, 2018.  The initial case management conference will be held on September 11, 2018 at 1:30 PM.  The parties shall file a joint case management conference statement seven days prior to the conference. |

DATED:   July 10, 2018

*Kandis Westmore*
PRESIDING JUDGE